IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 5:23-CR-55-CAR-CHW |
| TRAVIS LEROY BALL, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Currently before the Court is Defendant Travis Leroy Ball's Unopposed Motion to Continue the pretrial conference scheduled for November 28, 2023, and the trial of this case, which is set to begin on December 4, 2023, in Macon, Georgia. On October 24, 2023, the Grand Jury returned a four-count indictment charging Defendant with two counts of Mailing Threatening Communications and two counts of False Personation of an Officer or Employee of the United States. On November 1, 2023, Defendant was arrested, and on November 2, 2023, he was appointed counsel, pled not guilty at his initial appearance, and consented to pretrial detention reserving the right to request a detention hearing at a later date. This case has not been previously continued, and the Government does not oppose Defendant's request.

In the Motion, defense counsel represents more time is needed to review the case and effectively analyze, discuss, and prepare a defense. The Court finds it serves the ends

of justice to continue this case to allow Defendant and his counsel additional time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice.

Thus, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 19] for the reasons stated in this order and **HEREBY ORDERS** this case be continued until January 29, 2024, this Court's next regularly scheduled term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 27th day of November, 2023.

s/ C. Ashley Royal_____<br>
C. ASHLEY ROYAL, SENIOR JUDGE<br>
UNITED STATES DISTRICT COURT