**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| TRAVIS BALL, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | No. 5:23-CR-55 (CAR) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

## ORDER ON RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation to deny Petitioner Travis Ball's motions to have his case dismissed and be released from prison. Petitioner has not filed an objection to the Recommendation, and the time to do so has now expired. Upon review of the record of the case, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation [Doc. 41] is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**, and Defendant's requests to have his case dismissed and be immediately released from prison [Docs. 36, 37, and 38] are **DENIED**.

**SO ORDERED,** this 24th day of April, 2026.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT