IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TRAVIS LEROY BALL ,                              *

                   Petitioner,              *

v.                                                    Case No. 5:23-cr-00055-CAR-CHW-1
                                *            5:25-cv-00262-CAR-CHW

UNITED STATES OF AMERICA,

                   Respondent.              *

_____    *

**J U D G M E N T**

Pursuant to this Court's Order dated May 22, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Respondent.

This 27th day of May, 2026.

                       David W. Bunt, Clerk

                       s/ Raven K. Alston, Deputy Clerk